Jack Arnold McINTYRE, Petitioner–
Appellant,

v.

Gary D. MAYNARD, Director, South
Carolina Department of Corrections;
Charles Molony Condon, Attorney
General of the State of South Car-
olina, Respondents–Appellees.

No. 03–6467.

United States Court of Appeals,
Fourth Circuit.

Submitted July 24, 2003.

Decided July 30, 2003.

Jack Arnold McIntyre, Appellant Pro
Se. William Edgar Salter, III, Office of the
Attorney General of South Carolina, Co-
lumbia, South Carolina, for Appellees.

Before MICHAEL and MOTZ, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Jack Arnold McIntyre seeks to appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
denying relief on his petition filed under 28
U.S.C. § 2254 (2000). The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue absent "a sub-
stantial showing of the denial of a constitu-
tional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that his constitutional claims
are debatable and that any dispositive pro-
cedural rulings by the district court are
also debatable or wrong. *See Miller–El v.
Cockrell,* 537 U.S. 322, 123 S.Ct. 1029,
1040, 154 L.Ed.2d 931 (2003); *Slack v.
McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,*
252 F.3d 676, 683 (4th Cir.), *cert. denied,*
534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d
237 (2001). We have independently re-
viewed the record and conclude that McIn-
tyre has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*